E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
CAROLYN S. SMALL (Cal. Bar No. 304938)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1259 / 2041
    Facsimile: (213) 894-0141
    E-mail:   alexander.schwab@usdoj.gov
              carolyn.small@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00147-PSG |
|---|---|
| Plaintiff, | FACT STIPULATION NO. 1 (REGARDING DIGITAL DEVICES) |
| v. | Hearing Date: 01/11/23 |
| NICHOLAS GARDNER, | Hearing Time: 1:30 p.m. |
| Defendant. | Location: Courtroom of the Hon. Philip S. Gutierrez |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Carolyn S. Small and Alexander B. Schwab, and defendant NICHOLAS GARDNER, both individually and through his counsel of record, David C. Scheper, hereby agree and stipulate to the following facts, which the parties further agree and stipulate may be entered into evidence at the upcoming evidentiary hearing.

**STIPULATION OF FACT NUMBER 1**

1. In November 2016, Stroz Friedberg imaged data from defendant's HCT-issued iPhone, iPad, and desktop computer. Stroz Friedberg also imaged data from Derrick Chang's HCT-issued desktop computer.

2. In January 2017, Stroz Friedberg searched HCT's email archive system to retrieve emails for defendant from 2012 to the present.

3. Government's Exhibits 4A and 4B are Excel spreadsheets titled "Special Items" that Stroz Friedberg found on HCT-issued digital devices. Exhibit 4A was found on defendant's HCT-issued computer and Exhibit 4B in the recycle bin on Chang's HCT-issued computer.

4. Government's Exhibit 5 is a text message conversation between defendant and Chang dated August 29, 2013 that Stroz Friedberg found in a backup of defendant's cell phone located on defendant's HCT-issued computer.

5. Government's Exhibit 6 is an email from defendant dated June 24, 2014 sent from defendant's HCT email account.

6. The parties agree that Government's Exhibits 4A and 4B, 5, and 6 may be entered into evidence at the upcoming evidentiary hearing without objection or any further foundation.

//
//
//
//
//
//

7. The parties further agree that this stipulation may be entered into evidence without objection and that this stipulation constitutes conclusive proof of the above matters for all purposes.

Dated: January 3, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

   /s/
ALEXANDER B. SCHWAB
CAROLYN S. SMALL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 3, 2023        DAVID C. SCHEPER

Attorney for Defendant
NICHOLAS GARDNER

I have carefully discussed every part of the stipulation with my attorney. I understand the terms of this stipulation and voluntarily agree to its terms.

NICHOLAS GARDNER                                Date
Defendant

7.  The parties further agree that this stipulation may be entered into evidence without objection and that this stipulation constitutes conclusive proof of the above matters for all purposes.

Dated:                                    Respectfully submitted,

                                          E. MARTIN ESTRADA
                                          United States Attorney

                                          SCOTT M. GARRINGER
                                          Assistant United States Attorney
                                          Chief, Criminal Division

                                          /s/
                                          _____
                                          ALEXANDER B. SCHWAB
                                          CAROLYN S. SMALL
                                          Assistant United States Attorneys

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

Dated:                                    DAVID C. SCHEPER

                                          Attorney for Defendant
                                          NICHOLAS GARDNER

I have carefully discussed every part of the stipulation with my attorney.  I understand the terms of this stipulation and voluntarily agree to its terms.

_____            _____12/27/22_____
NICHOLAS GARDNER                          Date
Defendant